**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6577

ERIC LEE FELDER,

Petitioner - Appellant,

versus

JOHN L. LAMANNA, Warden of the Federal
Correctional Institution,

Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Florence.  Henry M. Herlong, Jr., District Judge.  (CA-04-1314-4-HMH)

Submitted: January 19, 2006          Decided: January 24, 2006

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eric Lee Felder, Appellant Pro Se.  Barbara Murcier Bowens, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eric Lee Felder, a federal prisoner, appeals the district court's order dismissing his petition filed under 28 U.S.C. § 2241 (2000). Felder fails to demonstrate that 28 U.S.C. § 2255 (2000) is an inadequate or effective remedy. See In re Jones, 226 F.3d 328, 333 (4th Cir. 2000). Therefore, we deny Felder's motion for a certificate of appealability and affirm the district court's denial of relief under § 2241. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED